ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Ditech Financial, LLC*
*f/k/a Green Tree Servicing, LLC and*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL, LLC f/k/a GREEN TREE SERVICING, LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>LYMBERY 228 LLC; RENO II CONDOMINIUM ASSOCIATION; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00701-RCJ-WGC<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| AND ALL RELATED CLAIMS. | |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Ditech Financial, LLC f/k/a Green Tree Servicing, LLC and Federal National Mortgage Association, hereby provide notice that Allison R. Schmidt, Esq., Jason J. Zummo, Esq., Jesse A. Ransom, Esq., and Thera A. Cooper, Esq., are no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Ditech Financial, LLC f/k/a Green Tree Servicing, LLC and Federal National Mortgage Association in this action. All items, including, but

49545152;1

not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Scott R. Lachman, Esq.

DATED this 12th day of August, 2019.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Ditech Financial, LLC
f/k/a Green Tree Servicing, LLC and
Federal National Mortgage Association*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: August 12, 2019.

*R. Jones* (signature)