Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89109
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
Email: bkfilings@s-mlaw.com
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC and FEDERAL NATIONAL MORRGAGE ASSOCIATION<br><br>Plaintiffs,<br><br>vs.<br><br>LYMBERRY 228 LLC; RENO II CONDOMINIUM ASSOCIATION; and ALESSI & KOENIG, LLC.,<br><br>Defendants. | Case No. 3:16-cv-00701-RCJ-WGC<br><br>**ORDER GRANTING<br>MOTION TO REMOVE ATTORNEY<br>FROM ELECTRONIC SERVICE LIST<br>AND MAILING SERVICE LIST** |

Jeanette E. McPherson, Esq., as counsel for Shelley D. Krohn, Chapter 7 Trustee of the Alessi & Koenig Bankruptcy Estate, brings this Motion To Remove Attorney From Electronic Service List And Mailing Service List ("Motion").

On December 13, 2016, Alessi & Koenig, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada ("Bankruptcy Court"), Case No. BK-S-16-16593-ABL (the "Bankruptcy Case"). Pursuant to 11 U.S.C. § 362(a), the filing of a bankruptcy petition operates as a stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor. . . ."

In the Debtor's Bankruptcy Case, the automatic stay under 11 U.S.C. § 362 was terminated for all purposes, with the exception that collection of a judgment obtained against the Debtor may only be pursued against the Debtor in the United States Bankruptcy Court for the District of Nevada, BK-S-16-16593-ABL. See attached **Exhibit 1**.

In general, the automatic stay was terminated because the pending litigation and

participation in the litigation would not provide benefit to the Debtor's bankruptcy estate. As a result, the Trustee and her counsel will not be participating in any matter in which the Debtor is a party, and the parties may proceed against the Debtor if in accordance with the order attached hereto as **Exhibit 1**.

In addition, because the Trustee and her counsel will not be participating in any matter which the Debtor is a party, the Trustee and her counsel request that they be removed from both the Court's CM/ECF and mailing service list with respect to the above referenced action.

Dated: August 13, 2019.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee of the Alessi & Koenig, LLC Bankruptcy Estate*

IT IS SO ORDERED.

DATED: August 23, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE