# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC f/k/a/ GREEN TREE SERVICING, LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>LYMBERY 228 LLC, *et al.*,<br><br>Defendants. | Case No.: 3:16-CV-00701-RCJ-WGC<br><br>ORDER |

Before the Court is Defendant's Motion to Withdraw as Attorney of Record for Lymbery 228, LLC (ECF No. 40). On November 6, 2019, the Court entered Final Judgment for Quiet Title and For Dismissal of Remaining Claims (ECF No. 45). Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney of Record for Lymbery 228, LLC (ECF No. 40) is GRANTED.

IT IS SO ORDERED this 11th day of December, 2019.

_____
ROBERT C. JONES